JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **FRANCISCO CARVAJAL,** | ) | **NO. CV 14-8881-GW(KS)** |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **PELICAN BAY STATE PRISON WARDEN,** | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   November 4, 2016

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE